[No. 13997-2-III.    Division Three.    July 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FOY DALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 92-1-00071-0, Fred L. Stewart, J., entered March 24, 1994. *Remanded* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14082-2-III.    Division Three.    July 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR G. LARA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50237-0, Duane E. Taber, J., entered April 19, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14083-1-III.    Division Three.    July 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY M. SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 94-1-00001-4, John M. Lyden, J., entered May 16, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14376-7-III.    Division Three.    July 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO MENDOZA FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-1-00487-0, Evan E. Sperline, J., entered August 15, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.